IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00436-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. PEDRO MENDOZA,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    A change of plea hearing will be held **December 17, 2009, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902. Sentencing is scheduled **January 20, 2010, at 10:00 a.m.**

Dated: November 24, 2009

                                                 s/ Jane Trexler, Judicial Assistant